**Order entered December 18, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00133-CV

**GREGORY B. BATEN TRUST, INTERVENOR, Appellant**

**V.**

**BRANCH BANKING AND TRUST COMPANY AND RICHARD W. HEATH, Appellees**

**On Appeal from the 95th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-08390**

## ORDER

We **DENY** appellee Richard W. Heath's December 17, 2014 request for additional time

for oral argument at submission, currently scheduled for January 6, 2015 at 11:00 am.


/s/      DAVID EVANS
         PRESIDING JUSTICE